# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JANICHOLAS V. SCOTT**                                                                           **PLAINTIFF**

**v.**                                           **No. 4:21CV42-GHD-RP**

**MDOC, ET AL.**                                                             **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [30]
## TO IMPOSE SANCTION

This matter comes before the court on the motion [30] by the plaintiff to impose a sanction upon the defendants for failing to timely provide him with the discovery set forth in the court's scheduling order. As the defendants have since provided the discovery, with ample time for the plaintiff to use the discovery in prosecuting his case, the instant motion [30] is **DENIED**.

**SO ORDERED**, this, the 14th day of April, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE