IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JANICHOLAS V. SCOTT     PLAINTIFF

v.     No. 4:21CV42-GHD-RP

MDOC, ET AL.     DEFENDANTS

### FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motion [47] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of the defendants in all respects. This case is **CLOSED**.

**SO ORDERED**, this, the 27th day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE